NICOLE T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
ARMAND ROTH
Special Assistant United States Attorney
California State Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, California 94105-1545
    Telephone: (415) 977 8924
    Facsimile: (415) 744 0134
    E Mail: armand.roth@ssa.gov

Attorneys for Defendant
NANCY A. BERRYHILL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Rosalba Rodriguez,<br><br>    Plaintiff,<br><br>    v.<br><br>Nancy A. Berryhill,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. CV 18-06153-PLA<br><br>**JUDGMENT OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court having approved the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the stipulation to remand.

DATED: April 4, 2019

*/s/ Paul L. Abrams*

_____
THE HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE